United States Bankruptcy Court
Eastern District of Kentucky

In re:                                                                    Case No. 11-53051-jl
Christopher Glenn Rogers                                                  Chapter 7
Amanda Nell Rogers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0643-5           User: fredag              Page 1 of 1            Date Rcvd: Nov 02, 2011
                               Form ID: od7             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2011.
db/jdb       +Christopher Glenn Rogers,   Amanda Nell Rogers,   320 Lindenhurst Drive, Apt. 11204,
              Lexington, KY 40509-2188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2011**                    **Signature:**   _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Lexington Division

In Re: Christopher Glenn Rogers
    Amanda Nell Rogers
    320 Lindenhurst Drive, Apt. 11204
    Lexington, KY 40509
    320 Lindenhurst Drive, Apt. 11204
    Lexington, KY 40509
aka/dba: Amanda N. Mynear
    Mandy Rogers

Case Number: 11−53051−jl

Chapter: 7

Trustee: Stephen Palmer
271 W Short St #804
Lexington, KY 40507−1217
(859) 233−0551

Debtor(s)

## CHAPTER 7 ORDER TO DEBTOR

The above−named debtor shall within 14 days from the date of filing of the petition turn over to the trustee, whose name and address appear above, the following documents:

1. Copies of all books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. Certificates of stock, bonds, keys to any safety deposit boxes, and contracts of life or burial insurance;

5. Copies of the debtor's last state and federal income tax returns;

6. Contracts or title papers pertaining to any property of the debtor; and

7. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party;

8. Copies of all payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the petition. Copies shall be sent to the trustee, whose address is above, and the U.S. Trustee whose address is: U.S. Trustee's Office, c/o Income Office, 100 E. Vine St., Suite 500, Lexington, KY 40507. (Applies to cases filed on or after October 17, 2005.)

*Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.*

*Counsel for the debtor is responsible for seeing that the debtor complies with this order.*

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

DATED: 11/2/11

By the court –

/s/ Joe Lee
Joe Lee
U.S. Bankruptcy Judge

KYE_od7

4